THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN KEOUGH and ANTHONY LATEGANO, Appellants.

Argued October 18, 1939; decided November 28, 1939.

*Harry G. Anderson* and *Sol A. Klein* for appellants.

*William F. X. Geoghan,* District Attorney (*Henry J. Walsh* of counsel), for respondent.

As to each defendant: Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., HUBBS, FINCH and RIPPEY, JJ.; LEHMAN and LOUGHRAN, JJ., dissent on the ground the judgment of conviction is against the weight of evidence. Taking no part: O'BRIEN, J.